NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**GALE FLETCHER ANDERSON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

———————————————

2013-3051

———————————————

Petition for review of the Merit Systems Protection Board in case no. DC844E120086-I-1.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Gale Anderson moves for the appointment of counsel and for an extension of time to file his opening brief. This court does not have a procedure to appoint counsel for pro se litigants.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for appointment of counsel is denied.

GALE ANDERSON v. OPM                                                    2

(2)  The motion for an extension of time is granted to the extent that Mr. Anderson has 120 days from the date his appeal was docketed to file his opening brief.


FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s24